IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

FEB 22 2024 AM 11:07
FILED - USDC - NDTX - AM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUENTENE EUGENE WILLIAMS (01)<br>ELTON L. SMITH (02) | No. 2-24CR0014-Z |

INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Distribute and Possess
with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. § 846)

Beginning on or about a date unknown to the grand jury and continuing until on or about July 24, 2023, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Quentene Eugene Williams** and **Elton L. Smith**, defendants, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

Quentene Eugene Williams and Elton L. Smith
Indictment - Page 1

<u>Count Two</u>
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about July 24, 2023, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Quentene Eugene Williams** and **Elton L. Smith**, defendants, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:      anna.bell@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

QUENTENE EUGENE WILLIAMS (01)
ELTON L. SMITH (02)

INDICTMENT

COUNT 1: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
Title 21, United States Code, Section 846.

COUNT 2: POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

(2 COUNTS)

A true bill rendered:

Amarillo                                    *Robert Pal.*                      Foreperson

Filed in open court this  22nd  day of  February  A.D. 2024.

                                                                    Clerk

WARRANTS TO BE ISSUED

*Dee Ann Reno*
UNITED STATES MAGISTRATE JUDGE